IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-00016-TUC-RCC(CRP) |
| Plaintiff, | **ORDER** |
| vs. | |
| Raymond Johnson, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Pyle (Doc. 61),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and finds the Government has met its burden of establishing the Defendant violated the conditions of supervised release as to Allegations A(1), B(1) and B(2) and has failed to meet its burden of establishing the Defendant violated the conditions of supervised release as to Allegation C(1) of the Petition to Revoke Supervised Release (Doc. 49).

DATED this 3th day of January, 2014.

_____
Raner C. Collins
United States District Judge